B.J. Kang Law, P.C.

Habeeb K. Syed #298167

100 Daingerfield Rd. #101

Alexandria, VA 22314

Phone Number: (408) 684-8561


Attorneys for Petitioner

Moda-Innochips Co., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| Moda-Innochips Co., LTD., | ) Case No. CV 19-2684-GW-RAOx |
| Petitioner, | ) ORDER CONFIRMING FOREIGN |
| vs. | ) ARBITRATION AWARD |
| Pressure Profile Systems, Inc., | ) |
| Respondent | ) |

[PROPOSED] ORDER CONFIRMING FOREIGN ARBITRATION AWARD

Petitioner Moda-Innochips Co., Ltd.'s ("Petitioner") Petition to Enforce Foreign Arbitration Award ("Arbitral Award") issued by the Korean Commercial Arbitration Board ("KCAB") in favor of Petitioner and against Respondent Pressure Profile Systems, Inc. ("Respondent"), on May 18, 2018 ("Petition") came before this Court on June 6, 2019 and June 17, 2019. Having considered the papers and arguments filed and made in support of and in opposition to the Petition, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Petition is GRANTED.

The Court issues an order:

    A. Confirming the Arbitral Award against Respondent;

    B. Awarding Petitioner damages as follows:

        (i) $300,000.00 (Three Hundred Thousand Dollars) (the "Principal"), plus simple interest accruing at the rate of six percent (6%) per annum from April 12th, 2016 up and until the date of the approval of the Petition;

        (ii) Post-judgment interest, pursuant to 28 U.S.C. § 1961, that may become due and owing to Petitioner from Respondent after this Petition has been granted and judgment has been entered in this case; and

C. Awarding Petitioner such other and further relief as may be just, proper, necessary, and in conformity with the Arbitral Award, including but not limited to attorney's fees incurred in collecting the above damages.

Dated: June 21, 2019

_____
Hon. George H. Wu,
United States District Judge